UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| ALEXANDER PATTERSON IV, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV408-106 |
| | ) | |
| HONORABLE JUDGE WILLIAM T. MOORE, JR.; HONORABLE LAMAR W. DAVIS; HONORABLE JOHN S. DALIS; HONORABLE KENNARD P. FOSTER; GEORGE BUSH; DICK CHENEY; CHARLES A. PANNELL; JOHN E. DREW; MICHAEL KARPF; CHERYL, BANK OF AMERICA; and JARMEL C. SPRADLEY, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Alexander Patterson has filed a *pro se* complaint purportedly seeking compensation for the violation of his civil rights. (Doc. 1.) He also seeks leave to proceed *in forma pauperis*. (Doc. 2.) As it appears that he lacks the resources to pay the $350 filing fee, his motion to proceed *in forma pauperis* is **GRANTED**, but this case should be dismissed.

A case filed *in forma pauperis* must be "dismiss[ed] . . . at any time if the court determines that . . . the action . . . fails to state a claim on which

relief can be granted." 28 U.S.C. § 1915(e)(2)(B)(ii). Patterson's complaint is comprised of forty-eight pages of absolutely incomprehensible gibberish.[1] (Doc. 1.) He alleges no facts whatsoever. Instead, he has filled nearly every page with legal citations, including a cite to "An[t]artica North & South Pole Constitutional Laws and Articles and Amendments". (Id. at 16.) As the Court cannot discern anything resembling a claim for relief anywhere in the complaint, this case should be **DISMISSED** pursuant to § 1915(e)(2)(B)(ii) for failure to state a claim.

**SO REPORTED AND RECOMMENDED** this  12th  day of June, 2008.

*/s/ Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In the "Statement of Claim" section of his complaint, he states:
"civil rights
George Bush - Equal Protection Clause
Dick Cheney - Equal Protection Clause
John E. Drew - Equal Protection Clause
Micheal [sic] Karpf - Equal Protection Clause
Cheryl - Equal Protection Clause". (Doc. 1 at 3.)

2