IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALEXANDER PATTERSON, IV ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 408-106 |
| ) | |
| HONORABLE CHIEF JUDGE ) | |
| WILLIAM T. MOORE, JR., et al ) | |

## ORDER

The Court has conducted a complete <u>de novo</u> review of this case and the Report and Recommendation of Magistrate Judge G. R. Smith, to which no objections have been filed.

**ACCORDINGLY,** the Court adopts the Report and Recommendation of the Magistrate Judge as the opinion of the Court. The plaintiff's motion to proceed *in forma pauperis* is granted. Likewise, the recommendation that this case be dismissed is granted. This case is closed.

The Clek of this court shall delete this matter from the role of pending civil cases assigned to the undersigned.

**SO ORDERED** this 2nd day of July, 2008.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia